UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-15594 GMB

Debtor: Michelle M. Rhinesmith

| Check Number | Creditor | Amount |
|---|---|---|
| 1687616 | GMAC Mortgage Corporation | 2424.70 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010