UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 06-15594 GMB

Debtor: Michelle M. Rhinesmith

| Check Number | Creditor | Amount |
|---|---|---|
| 1690733 | GMAC Mortgage Corporation | 1,797.73 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2010